# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NATHANIEL ANTHONY ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:16CV188 JAR |
| ) | |
| IAN WALLACE, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The petition contains the full name of a minor child. This is impermissible. Under Local Rule 5-2.17, only the initials of minor children may be listed in any pleading. Therefore, the Court will return the petition to petitioner so that he can redact the names of any minor children.

Additionally, petitioner has neither paid the $5 filing fee nor filed a motion for leave to proceed in forma pauperis. He has sworn, however, that he has no funds to pay the filing fee. As a result, the Court will require petitioner to file a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to place the petition under seal.

**IT IS FURTHER ORDERED** that the Clerk is directed to return the petition to petitioner.

**IT IS FURTHER ORDERED** that petitioner must redact the names of any minor children and replace them with the children's initials, and he must return the petition to the Court within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail petitioner a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that petitioner must complete the motion and return it to the Court within twenty-one (21) days from the date of this Order.

**IT IS HEREBY ORDERED** that if petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 17th day of February, 2016.

/s/ John A. Ross
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**